UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Lee A McIntire**      JOINT DEBTOR: **Sara R McIntire**      CASE NO.: _____

Last Four Digits of SS#   **xxx-xx-2515**      Last Four Digits of SS# **xxx-xx-7771**

☒ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ __**150.00**__ for months __**1**__ to __**60**__ ;
  B.  $ _____ for months _____ to _____ ;
  C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,000.00 fees plus filing fees (274) costs (150) credit counseling (50) debtor ed (50) and credit report downloads advanced - total $3574**  TOTAL PAID $ **1,774.00**

    Balance Due  $ **1800**  payable $ **136.36** /month (Months **1** to **13**)
                                      **27.32** /month (Month **14**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name:    **-NONE-**         Arrearage on Petition Date  $ _____
Address: _____        Arrears Payment  $ _____ /month (Months _ to _)
Account No: _____     Regular Payment  $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

  **-NONE-**  Total Due  $ _____
             Payable   $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **109.04** /month (Months **14**) & **$136.36**/month (Months 15 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  The Debtors are current with their obligations to Home Comings (1st mortgage), HomEq (2nd mortgage), Citifinancial (2001 Honda), Tropical Federal Credit Union (2006 Dodge) & Tropical Federal Credit Union (2002 Chevy) and will pay these creditors directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Lee A McIntire_        _/s/ Sara R McIntire_
Lee A McIntire              Sara R McIntire
Debtor                      Joint Debtor
Date: **April 26, 2007**    Date: **April 26, 2007**

LF-31 (rev. 08/01/06)